**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**NUTRIEN AG SOLUTIONS, INC.**                                               **PLAINTIFF**

**V.**                            **NO. 3:25-CV-137-DMB-RP**

**RAYMOND ANTHONY**                   **DEFENDANT**

## FINAL JUDGMENT

In accordance with the order issued this date, judgment is entered in favor of Nutrien AG Solutions, Inc., against Raymond Anthony in the amount of $265,347.47, along with post-judgment interest at the statutory rate.

**SO ORDERED**, this 2nd day of December, 2025.

                                             **/s/Debra M. Brown**
                                             **UNITED STATES DISTRICT JUDGE**